La Crosse Manufacturing Company, Appellee, v. Max A. Springer and Lena M. Springer, Appellants.

Gen. No. 42,668.

opinion filed June 30, 1944. B. M. Steiner, of Chicago, for appellants. Herbert A. Schryver, of Chicago, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.